IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | ) | Case No. 18-14878 |
|---|---|---|
| | ) | |
| DAVID TAGGART ARKLEY | ) | Judge JESSICA E. PRICE SMITH |
| | ) | |
| Debtor(s) | ) | Chapter 7 Case |
| | ) | |

REQUEST FOR NOTICE TO CREDITORS
TO FILE CLAIMS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the trustee that there will be assets for distribution to creditors.

Please issue Notice to Creditors to File Claims.

*/s/ David O. Simon, Trustee*
David O. Simon, Trustee
55 Public Square, Suite 2100
Cleveland, OH 44113-1902
(216) 621-6201; Fax (888) 467-4181
david@simonlpa.com